IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-60977 |
| | ) | |
| ROBERT E. SMITH JR. and | ) | CHAPTER 13 |
| JOAN M. SMITH | ) | |
| | ) | |
| Debtors. | ) | CHIEF JUDGE RUSS KENDIG |

### FIRST APPLICATION FOR COMPENSATION FOR ADDITIONAL ATTORNEY FEES

I, Kenneth L. Sheppard, Jr., counsel for Debtors, Robert E. Smith Jr. and Joan M. Smith, hereby apply to this Court for an allowance of additional attorney fees in his capacity as attorney for the above referenced Debtors. This request for additional attorney fees is made pursuant to Administrative Order No. 14-01 and is for additional services provided under Provision 4 of Administrative Order No. 14-01.

1. No post-petition retainer was received by Debtors' Counsel.

2. Attorney states that he spent approximately 3.5 hours on the case (see attached invoice, Exhibit A).

3. Attorney has incurred additional expenses associated with this case totaling $41.83.

4. Attorney states that no previous application has been made for the services for which this application is being made.

5. Attorney requests $991.83 for his legal services and related expenses.

Respectfully submitted,

/s/ Kenneth L. Sheppard, Jr.
Kenneth L. Sheppard, Jr. (0075887)
Sheppard Law Offices, Co., L.P.A.
Belden Village Tower, Suite 200
4450 Belden Village St. NW
Canton, OH 44718
Phone: (330) 409-2876
Fax: (614) 882-6750
E-Mail: ken@sheppardlawoffices.com
Attorney for Debtors

## NOTICE OF FIRST APPLICATION FOR COMPENSATION
## FOR ADDITIONAL ATTORNEY FEES

Kenneth L. Sheppard Jr., Counsel for Debtors, has filed papers with the court requesting compensation for additional attorney fees in this case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to authorize this application, or if you want the court to consider your views on the application, then on or before **October 18, 2016,** you or your attorney must:

File with the court a written request for a hearing at:

Clerk of Courts
U. S. Bankruptcy Court
Ralph Regula Federal Building and U.S. Courthouse
401 McKinley Ave SW
Canton, OH 44702-1745

If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Kenneth L. Sheppard Jr., Esq.
Sheppard Law Offices Co., L.P.A.
4450 Belden Village St. NW Suite 200
Canton, OH 44718

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief. If you or your attorney responds in writing then you must attend the hearing scheduled for a date determined by the court, located at the Courtroom of the U.S. Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave. SW, Canton, OH 44702.

Date: September 27, 2016              /s/ Kenneth L. Sheppard Jr.
                                      Kenneth L. Sheppard Jr. (0075887)
                                      Attorney for Debtors

## CERTIFICATE OF SERVICE

      I, Kenneth L. Sheppard Jr., Attorney for Debtors, hereby certifies that the foregoing First Application for Compensation for Additional Attorney Fees and Notice were electronically transmitted on or about September 27, 2016, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Edward A. Bailey | bknotice@reimerlaw.com |
| Mia L. Conner | nohbk@lsrlaw.com |
| Toby L. Rosen | trosen@chapter13canton.com, trosen@ecf.epiqsystems.com |
| Kenneth L. Sheppard | ken@sheppardlawoffices.com, karen@sheppardlawoffices.com |
| United States Trustee | (Registered address)@usdoj.gov |
| Toby L Rosen trose12 | LWEIR@CHAPTER13CANTON.COM |

And served by regular U.S. mail to the following party:

Robert E Smith, Jr.
Joan M. Smith
1034 Devonshire Lane
Mansfield, OH 44907

                                              /s/ Kenneth L. Sheppard Jr.
                                              Kenneth L. Sheppard Jr. (0075887)
                                              Attorney for Debtors